UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: JANE A. RESTANI, JUDGE

| | | |
|---|---|---|
| SHUANGYANG LI, | : | |
| Plaintiff, | : | Court No. 24-00205 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule. The parties will each bear their own costs and attorneys' fees.

Dated: April 4, 2025

For Plaintiff:

SHUANGYANG LI
8 Elliot Road
Great Neck, NY 11021

*/s/ Shuangyang Li*
SHUANGYANG LI

For Defendant:

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

1

*Stipulation of Dismissal, Court No. 24-00205*

/s/ Marcella Powell
MARCELLA POWELL
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
26 Federal Plaza, Room 346
New York, NY 10278
Telephone: (212) 264-1873

## Schedule to Stipulation of Dismissal

| Court Number | Plaintiff's Name | | |
|---|---|---|---|
| | | | |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

By: _____
JANE A. RESTANI, JUDGE

Dated: _____
New York, New York